**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 51 MM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DARRIN GOINS, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act.